AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

GW Equity, LLC

V.

Vercor, LLC, The Business Owner, LLC, and David L. Perkins, Jr.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: **3-07CV1128-P**

TO: (Name and address of Defendant)

David L. Perkins, Jr.
7010 S. Yale, Suite 120,
Tulsa, Oklahoma 74136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark L. Johansen
**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (telephone)
214/855-6808 (facsimile)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

JUN 2 2 2007

CLERK

(By) DEPUTY CLERK     DATE

(19S-3)

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____　　_____
　　　　　　　　　Date　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

GW Equity, LLC

V.

Vercor, LLC, The Business Owner, LLC,
and David L. Perkins, Jr.

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**3-07CV1128-P**

TO: (Name and address of Defendant)

> The Business Owner, LLC
> c/o David L. Perkins, Jr.
> 7549 S. Toledo Avenue
> Tulsa, Oklahoma 74136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Mark L. Johansen
> **GRUBER HURST JOHANSEN & HAIL LLP**
> 1445 Ross Avenue, Suite 4800
> Dallas, Texas 75202
> 214/855-6800 (telephone)
> 214/855-6808 (facsimile)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

JUN 2 2 2007

CLERK                              DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date              Signature of Server

                         _____
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

®AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

GW Equity, LLC

V.

Vercor, LLC, The Business Owner, LLC, and David L. Perkins, Jr.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**3-07CV1128-p**

TO: (Name and address of Defendant)

Vercor, LLC
c/o Thomas E. Raines
3500 Parkway Lane, Suite 130
Norcross, Georgia 30092

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark L. Johansen
**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (telephone)
214/855-6808 (facsimile)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT                                           JUN 2 2 2007

CLERK                                                    DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                    Date                              Signature of Server

                                          _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.