ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
        FILED

      JUN 2 2 2007

CLERK, U.S. DISTRICT COURT
By _____
         Deputy
```

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. _____ |
| | § | |
| VERCOR, LLC, THE BUSINESS | § | 3-07 C V 1128 - P |
| OWNER, LLC, and DAVID L. | § | |
| PERKINS, JR., | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF GW EQUITY, LLC'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE COURT:

Pursuant to Local Rules 7.4 and 3.1(f), Plaintiff GW Equity, LLC respectfully files this

Certificate of Interested Persons:

    1.     GW Equity, LLC (Plaintiff)

         Represented by:

         Mark L. Johansen
         Michael K. Hurst
         Jason A. Copling
         **GRUBER HURST JOHANSEN & HAIL LLP**
         1445 Ross Avenue, Suite 4800
         Dallas, Texas 75202
         214/855-6800 (telephone)
         214/855-6808 (facsimile)

    2.     Vercor, LLC (Defendant)

    3.     The Business Owner, LLC (Defendant)

    4.     David L. Perkins, Jr. (Defendant)

Dockets.Justia.com

Respectfully submitted,

Mark L. Johansen
State Bar No. 10670240
Michael K. Hurst
State Bar No. 10316310
Jason A. Copling
State Bar No. 24036400

**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (main)
214/855-6808 (facsimile)

**ATTORNEYS FOR PLAINTIFF
GW EQUITY, LLC**