IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | NO. 3:07-CV-1128-P |
| | § | |
| | § | |
| VERCOR LLC and DAVID L. PERKINS, JR., | § | |
| | § | |
| Defendants. | § | |

## ORDER TRANSFERRING CASE

The Court hereby **transfers** this case from the docket of the Honorable Jorge A. Solis to the docket of the Honorable Ed Kinkeade for possible consolidation with *GW Equity LLC v. Xcentric Ventures LLC, et al.*, Civil Action No. 3:07-CV-0976-K. All future pleadings and papers shall be filed with the case number 3:07-CV-1128-K.

**It is so ordered.**

Signed this 26th day of June 2007.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

3:07-CV-1128-P
**ORDER**
Page 1 of 1

Dockets.Justia.com