# AFFIDAVIT OF SERVICE

**ORIGINAL**

State of Texas      County of Dallas      Northern District Of Texas Court

Case Number: 3-07CV1128-P

**Plaintiff:**
**GW Equity, LLC**

vs.

**Defendant:**
**Vercor, LLC, The Business Owner, LLC, and David L. Perkins Jr.**

**For:**
Jenda McFaul
GRUBER HURST JOHANSEN HAIL
1445 Ross Avenue
Suite 4800
Dallas, TX 75202

Received these papers on the 28th day of June, 2007 at 10:07 am to be served on **DAVID L PERKINS 7010 South Yale Avenue, Suite 120, Tulsa Ok 74136**.

I, Larry Watson PSS-04-85, being duly sworn, depose and say that on the **28th day of June, 2007** at **3:15 pm, I:**

**Individually Served** the within named person with a true copy of this **SUMMONS IN A CIVIL ACTION and PLAINTIFF'S ORIGINAL COMPLAINT AND VERIFIED APPLICATION FOR INJUNCTIVE RELIEF** with the date and hour endorsed thereon by me, pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 1 3 2007
CLERK, U.S. DISTRICT COURT
By _____ NB _____ Deputy

Larry Watson PSS-04-85
PSS-04-85

Subscribed and Sworn to before me on the 5th day of July, 2007 by the affiant who is personally known to me.

Emily Carpenter
NOTARY PUBLIC

EMILY CARPENTER
NOTARY PUBLIC - STATE OF OKLAHOMA
TULSA COUNTY
MY COMMISSION # 07000931
Commission Expires: January 29, 2011

Our Job Serial Number: 2007000130

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5q

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Northern__ District of __Texas__

GW Equity, LLC

V.

Vercor, LLC, The Business Owner, LLC, and David L. Perkins, Jr.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

3-07CV1128-R

TO: (Name and address of Defendant)

David L. Perkins, Jr.
7010 S. Yale, Suite 120,
Tulsa, Oklahoma 74136

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark L. Johansen
**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (telephone)
214/855-6808 (facsimile)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

JUN 2 2 2007

CLERK                                                    DATE

(By) DEPUTY CLERK