ORIGINAL PAL

3:07cv1128-P

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me: **DATE: June 10, 2007 at 1:15 PM**

NAME OF SERVER (PRINT): **Frederico Bryant**    TITLE: **Process Server**

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): **Served Michelle Jordan as authorized agent to accept service**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **07/12/07**

Signature of Server

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Pkwy
Suite 148
Atlanta, Georgia 30340



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 13 2007
CLERK, U.S. DISTRICT COURT
By NB
Deputy

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Texas

GW Equity, LLC

**SUMMONS IN A CIVIL ACTION**

V.

Vercor, LLC, The Business Owner, LLC, and David L. Perkins, Jr.

CASE NUMBER:

**3-07CV1128-P**

TO: (Name and address of Defendant)

Vercor, LLC
c/o Thomas E. Raines
3500 Parkway Lane, Suite 130
Norcross, Georgia 30092

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mark L. Johansen
**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (telephone)
214/855-6808 (facsimile)

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK OF COURT

JUN 2 2 2007

CLERK

DATE

(By) DEPUTY CLERK