IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:07-CV-1128-K |
| | § | |
| VERCOR, LLC, THE BUSINESS | § | |
| OWNER, LLC and DAVID L. | § | |
| PERKINS, JR. | § | |
| | § | |
| Defendants. | § | |

## DEFENDANTS D.L. PERKINS, LLC AND
## DAVID L. PERKINS, JR.'S RULE 7.4 DISCLOSURE STATEMENT

TO THE HONORABLE COURT:

Defendants D.L. Perkins, LLC and David L. Perkins, Jr. submit the following list of interested parties known to them to potentially have a financial interest in this lawsuit pursuant to Local Rule 7.4:

1. GW Equity, L.L.C.;

2. D.L. Perkins, LLC, formerly known as the Business Owner, LLC;

3. David L. Perkins, Jr.; and,

4. Vercor, LLC.

**DEFENDANTS D.L. PERKINS, LLC AND**
**DAVID PERKINS, JR.'S RULE 7.4 DISCLOSURE STATEMENT** **– Page 1**

Respectfully submitted,

NESBITT, VASSAR, McCOWN and RODEN, L.L.P.
15851 Dallas Parkway, Suite 800
Addison, Texas 75001
(972) 371-2411
(972) 371-2410 - Telecopier

By:   /s/ James M. McCown
      James M. McCown
      State Bar No. 00788002
      J. Brian Dear
      State Bar No. 24032117

ATTORNEYS FOR DEFENDANTS DL PERKINS, LLC and DAVID PERKINS, JR.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Defendants DL Perkins, LLC and David L. Perkins, Jr.'s Rule 7.4 Disclosure Statement was served by electronic mail through the Court's ECF system to Plaintiff's counsel of record, Mark L. Johansen, Gruber, Hurst, Johansen & Hail LLP, 1445 Ross Avenue, Suite 4800, Dallas, Texas 75202, on this 16th day of July, 2007.

/s/ James M. McCown
James M. McCown