IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 3:07-cv-01128 |
| § | |
| VERCOR, LLC, THE BUSINESS § | |
| OWNER, LLC, and DAVID L. § | |
| PERKINS, JR., § | |
| § | |
| Defendants. § | |

### VERCOR, LLC'S MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE COURT:

COMES NOW, Vercor, LLC, Defendant in the above entitled and numbered cause, and requests that James M. McCown with the law firm of NESBITT, VASSAR, McCOWN and RODEN, L.L.P. be withdrawn as its attorney of record, and that Shawn K. Brady of MESSER, CAMPBELL & BRADY, L.L.P. be substituted in as attorney of record for Vercor, LLC. There is no opposition to this Motion and it is being filed with the express authorization of the designated representative for Vercor, LLC.

Dockets.Justia.com

        Respectfully submitted,

        /s/Shawn K. Brady
        Shawn K. Brady
        Texas Bar No. 00787126

        MESSER, CAMPBELL & BRADY, L.L.P.
        6351 Preston Road
        Suite 350
        Frisco, Texas 75034
        (972) 424-7200 Telephone
        (972) 424-7244 Facsimile

        Attorney for
        Vercor, LLC

## CERTIFICATE OF CONFERENCE

I represent that I have conferred with counsel for all parties and there is no opposition to the Motion for Substitution of Counsel.

        /s/Shawn K. Brady
        Shawn K. Brady

## CERTIFICATE OF SERVICE

On the 28th day of September, 2007, a true and correct copy of the foregoing was delivered via ECF to Mark L. Johansen, GRUBER HURST JOHANSEN & HAIL LLP, 1445 Ross Avenue, Suite 4800, Dallas, Texas 75202; and via ECF to James M. McCown, NESBITT, VASSAR, McCOWN and RODEN, L.L.P., 15851 Dallas Parkway, Suite 800, Addison, Texas 75001.

        /s/Shawn K. Brady
        Shawn K. Brady