# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **GW EQUITY, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CASE NO. 3:07-cv-01128 |
| | § | |
| **VERCOR, LLC, THE BUSINESS** | § | |
| **OWNER, LLC, and DAVID L.** | § | |
| **PERKINS, JR.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER GRANTING VERCOR, LLC'S MOTION FOR SUBSTITUTION OF COUNSEL

CAME ON for consideration the Motion for Substitution of Counsel filed on behalf of Vercor, LLC. The Court, having reviewed the Motion, is of the opinion that it has merit and should be granted. It is therefore

ORDERED, ADJUDGED AND DECREED that James M. McCown of NESBITT, VASSAR, McCOWN and RODEN, L.L.P. shall be permitted to withdraw as counsel of record for Vercor, LLC; furthermore, it is

ORDERED, ADJUDGED AND DECREED that Shawn K. Brady of MESSER, CAMPBELL & BRADY, L.L.P. shall be the attorney of record for Vercor, LLC.

SIGNED this the _____ day of _____, 2007.

                                                                  _____
                                                                  JUDGE PRESIDING