IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| V. | § | |
| | § | 3:07-CV-1128-K |
| VERCOR, LLC, et. al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Vercor, LLC's (Vercor) Motion for Substitution of Counsel (Doc. No. 16). The motion is **GRANTED**. James M. McCown is hereby withdrawn as attorney of record. Shawn K. Brady is substituted as attorney of record for Vercor.

**SO ORDERED.**

Signed October 5th, 2007

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE