IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GW EQUITY, LLC, | § |
| Plaintiff, | § § § § |
| v. | §  CASE NO. 3:07-cv-01128 |
| VERCOR, LLC, THE BUSINESS OWNER, LLC, and DAVID L. PERKINS, JR., | § § § § § |
| Defendants. | § |

## JOINT DESIGNATION OF MEDIATOR

Plaintiff GW Equity, LLC and Defendants Vercor, LLC, D.L. Perkins, LLC, f/k/a the Business Owner, LLC and David L. Perkins, Jr. ("the Parties") file this Joint Designation of Mediator as follows:

Pursuant to the Court's Scheduling Order dated September 24, 2007, the Parties have agreed to mediate this case with mediator Christopher Nolland.

Respectfully submitted,

/s/ Mark L. Johansen
Mark L. Johansen
State Bar No. 10670240
Jason A. Copling
State Bar No. 24036400

**GRUBER HURST JOHANSEN & HAIL LLP**
1445 Ross Avenue, Suite 4800
Dallas, Texas 75202
214/855-6800 (telephone)
214/855-6808 (facsimile)

**ATTORNEYS FOR PLAINTIFF
GW EQUITY, LLC**

---

JOINT DESIGNATION OF MEDIATOR                                                                                Page 1

/s/ James M. McCown
James M. McCown
State Bar No. 00788002

**NESBITT, VASSAR, MCCOWN, & RODEN, LLP**
15851 Dallas Parkway, Suite 800
Addison, Texas 75001
972/371-2411 (telephone)
972/371-2410 (facsimile)

**ATTORNEYS FOR DEFENDANTS
D.L. PERKINS, LLC, f/k/a THE BUSINESS
OWNER, LLC AND DAVID L. PERKINS, JR.**

/s/ Shawn K. Brady
Shawn K. Brady
State Bar No. 00787126

**MESSER, CAMPBELL & BRADY, LLP**
6351 Preston Road, Suite 350
Frisco, Texas 75034
972/424-7200 (telephone)
972/424-7244 (facsimile)

**ATTORNEYS FOR DEFENDANT
VERCOR, LLC**