IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GW EQUITY, LLC | § § | |
| Plaintiff, | § § | |
| VS. | § | NO. 3-07-CV-1128-O |
| VERCOR, LLC, ET AL. | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings and Recommendation of the United States Magistrate Judge dated September 5, 2008, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings and Recommendation of the Court.

It is, therefore, **ORDERED** that the Findings and Recommendation of the United States Magistrate Judge are accepted.

Signed this 25th day of September, 2008.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**